**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF OHIO (CANTON)**

IN RE:

Daniel McCarthy
Christina McCarthy

           Debtors

\* CASE NO. 19-61737
\* CHAPTER 7
\* CHIEF JUDGE RUSS KENDIG
\*
\* ***MOTION FOR LEAVE TO FILE THIS***
\* ***CASE REGARDLESS OF 11 U.S.C.***
\* ***§109(g)(2)***
\*

**NOW COME** Debtors, Daniel and Christina McCarthy, by and through counsel, and move this Honorable Court for leave to file this chapter 7 case regardless of 11 U.S.C. §109(g)(2).

In August 2016, Debtors surrendered their 2009 Kia Optima to Creditor Byrider Finance LLC dba CNAC ("hereinafter *CNAC*"). Debtors filed for Chapter 13 relief on November 7, 2018 under Case 18-62245, listed CNAC as an unsecured creditor, and had their Plan confirmed on February 7, 2019. On February 21, 2019, CNAC filed its Motion for Relief from Stay for the 2009 Kia Optima, evidently because they did not sell the vehicle for almost three years. The Debtors did not object to CNAC obtaining relief from stay. This Honorable Court granted relief on April 3, 2019. Due to a reduction in household income, the Debtors continued to struggle with their Chapter 13 payments and it became evident in June that they were not going to be able to continue. Debtors filed a Motion to Voluntarily Dismiss their Chapter 13 on June 28, 2019 and the Court granted their Motion on August 14, 2019. On July 16, 2019, CNAC sold the Kia. After a review of their household income, Debtors were then eligible to file for Chapter 7. On August 23, 2019, Debtors filed a Chapter 7 Petition, again listed CNAC as an unsecured creditor, and was assigned the case number above.

19-61737-rk   Doc 10   FILED 09/25/19   ENTERED 09/25/19 10:50:35   Page 1 of 5

The United States Trustee's Office has indicated to Counsel that Debtors are barred from filing Chapter 7 for 180 days due to 11 U.S.C. §109(g)(2). Debtors do not believe they fall under this restriction as the motion for relief from stay by CNAC was fully addressed, CNAC liquidated the asset, and is not adversely affected by the automatic stay or filing of this new petition. As previously indicated, the vehicle was voluntarily surrendered and sold by Creditor at least 60 days ago, prior to the filing of this case. CNAC has been properly served in Debtors' Chapter 13 and 7 bankruptcy and no Creditor has filed any objections to Debtors' refiling.

Debtors believe that the congressional intent underlying §109(g)(2) was to protect the creditor from repeat filers stalling or stopping creditors from repossessing and disposing of collateral to which it was entitled. This case is differentiated. The vehicle was surrendered years ago and already sold at auction prior to the filing of this Chapter 7 case.

**WHEREFORE**, Debtors seek this Court's leave to file this chapter 7 case regardless of 11 U.S.C. §109(g)(2).

Respectfully submitted,

/s/ Deborah L. Mack    #0067347
Attorney Deborah L. Mack, JD/MBA
53 E Main St, Lexington, OH 44904
419.884.4600 * 800.410.3620 facsimile
Debbie@OhioFinancial.Lawyer
Attorney for Debtors

## CERTIFICATE OF SERVICE

A copy of the foregoing Motion was served by regular U.S. Mail as permitted by the rules on September 25, 2019,

via the Court's CM/ECF system to the following who are listed on the Court's Electronic Mail Notice List:

- United States Trustee    (Registered address)@usdoj.gov
- Tiiara Patton tiiara.patton@usdoj.gov
- Josiah L. Mason    jlmasontrustee@zoominternet.net

And upon the following parties at the addresses stated below:

Daniel & Christina McCarthy
231 Clare Rd
Ontario, OH 44906

and all parties listed on the creditor matrix

/s/ Deborah L. Mack

Label Matrix for local noticing
0647-6
Case 19-61737-rk
Northern District of Ohio
Canton
Wed Sep 25 10:28:01 EDT 2019

United States Bankruptcy Court
Ralph Regula U.S. Courthouse
401 McKinley Avenue SW
Canton, OH 44702-1745

AFNI
PO Box 3427
Bloomington, IL 61702-3427

Ability Recovery Services
PO Box 4031
Wyoming, PA 18644-0031

American Education Services
PO Box 61047
Harrisburg, PA 17106-1047

Attorney General of United States
Dept of Justice Tax Div Civil
Trial Section, Northern Region
PO Box 55
Washington, DC 20044-0055

Avita Health System
PO Box 637235
Cincinnati, OH 45263-7235

CNAC
12802 Hamilton Crossing Blvd
Carmel, IN 46032-5424

Capitol One Bank USA Na
PO Box 85015
Richmond, VA 23285-5015

Chase Auto
PO Box 24696
Columbus, OH 43224-0696

(p)CHOICE RECOVERY INC
1550 OLD HENDERSON ROAD
STE 100
COLUMBUS OH 43220-3662

Christopher B Murphy
PO Box 2190
Westerville, OH 43086-2190

Credit Acceptance Corp.
25505 W 12 Mile Rd
Southfield, MI 48034-8316

Credit Management
4200 International Pkwy
Carrollton, TX 75007-1912

Debt Recovery Solutions
1669 Lexington Ave
Suite A
Mansfield, OH 44907-2944

Direct TV
PO Box 5007
Carol Stream, IL 60197-5007

Eagle Loan Company of Ohio, Inc.
331 Lexington Springmill Rd #135
Ontario, OH 44906-1373

Federal Loan Servicing
PO Box 60610
Harrisburg, PA 17106-0610

Franklin County Common Pleas
345 S High St
Columbus, OH 43215-4587

(p)INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 7346
PHILADELPHIA PA 19101-7346

Kroger/ US Bank
PO Box 790408
Saint Louis, MO 63179-0408

Mansfield Municipal Court
30 N Diamond St
Mansfield, OH 44902-1738

(p)MEADE & ASSOCIATES INC
ATTN BANKRUPCTY DEPARTMENT
737 ENTERPRISE DRIVE
LEWIS CENTER OH 43035-9438

North Coast Financial
5299 Monroe St
Toledo, OH 43623-3139

(p)OHIO ATTORNEY GENERAL'S OFFICE
ATTN BANKRUPTCY UNIT COLLECTIONS ENFORCEMENT
150 E GAY ST
21ST FLOOR
COLUMBUS OH 43215-3191

Ohio Attorney General
30 E Broad St
Columbus, OH 43215-3400

Ohio Dept of Taxation
Attn Bankruptcy
PO Box 530
Columbus, OH 43216-0530

PNC Bank
PO Box 61047
Harrisburg, PA 17106-1047

(p)PORTFOLIO RECOVERY ASSOCIATES LLC
PO BOX 41067
NORFOLK VA 23541-1067

Radiology Assoc of Mansfield
PO Box 757
Mansfield, OH 44901-0757

Richard W Yost
366 E Broad St
Columbus, OH 43215-3819

US Dept of Education
PO Box 7859
Madison, WI 53707-7859

Verizon Wireless
PO Box 4002
Acworth, GA 30101-9003

Christina Nichole McCarthy
231 Clare Rd
Ontario, OH 44906-1363

Daniel William McCarthy
231 Clare Rd
Ontario, OH 44906-1363

Deborah L. Mack
53 E Main Street
Lexington, OH 44904-1224

Josiah L. Mason
Canton
153 W Main Street
PO Box 345
Ashland, OH 44805-0345

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Choice Recovery Inc
PO Box 20790
Columbus, OH 43220

IRS
200 N High St Room 425
Columbus, OH 43215

(d)IRS
Insolvency Group
1240 E 9th St Room 493
Cleveland, OH 44199

Meade & Associates
737 Enterprise Dr
Lewis Center, OH 43035

Ohio Attorney General
150 E Gay St
Columbus, OH 43215

Portfolio Recovery Associates
120 Corporate Blvd Ste 100
Norfolk, VA 23502

End of Label Matrix
Mailable recipients    36
Bypassed recipients     0
Total                  36